# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00375-CV

**AusPro Enterprises, LP, Appellant**

**v.**

**Texas Department of Transportation, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-11-002740, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

AusPro Enterprises, LP, has filed a Motion for Stay and for Supplemental Briefing in Light of Impending Supreme Court Decision in *Reed v. Town of Gilbert*.[1]  Appellant asserts that the Supreme Court heard argument on this case in January 2015 and that its decision "could resolve many, or even possibly all, of the issues raised in this appeal."  As the parties have already filed briefs on the merits, AusPro requests a schedule for supplemental briefing and an adjustment of the briefing limits.  AusPro certified that the Texas Department of Transportation opposed this motion when consulted, but the Department has not filed a response to the motion.  We grant the motion in part and deny it in part.

---

[1]  United States Supreme Court docket number 13-502.

We abate this appeal pending the announcement and release of the Supreme Court's opinion in *Reed v. Town of Gilbert*. We direct AusPro to notify this Court of the announcement and release of that opinion by filing a letter with this Court, though appellee may so inform the Court and the Court may reinstate the appeal on its own motion.

Upon reinstatement of the appeal, this Court will permit briefs addressing the effect of the *Reed* opinion on this appeal on the following schedule: appellant's supplemental brief will be due thirty days after the reinstatement, appellee's supplemental brief will be due thirty days after the date on which appellant files its brief, and appellant's supplemental reply brief (if any) will be due twenty days after the date on which appellee files its post-*Reed* brief. Limits on the length of individual briefs and overall briefs will remain in effect and will not be altered now. A party who perceives the need for additional brief length may request an expansion of its limits through established procedures. *See* Tex. R. App. P. 9.4(i).

Before Chief Justice Rose, Justices Goodwin and Field

Abated

Filed: April 29, 2015